Opinion issued March 13, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00155-CV

____________


IN RE KINGSNORTH HOLDINGS (CAYMAN), LTD., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Kingsnorth Holdings (Cayman) Ltd., has filed a petition for writ of
mandamus complaining of Judge Halbach's (1) February 8, 2008 order granting in part
Kingsnorth's motion to quash service.

 We deny the petition for writ of mandamus and relator's request for an
emergency stay.

PER CURIAM


Panel consists of Chief Justice Radack and Justices Nuchia and Higley.

1. 
 
 -